WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105-1260

JOHN STANLEY, SUPERVISORY TRIAL ATTORNEY
LISA COX, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6859
FAX: (206) 220-6911
lisa.cox@eeoc.gov

ATTORNEYS FOR PLAINTIFF

07-CV-00989-CMP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TOYS R US, INC.<br><br>Defendant. | CIVIL ACTION NO. CV7 0989P<br><br>COMPLAINT<br><br>JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of national origin and retaliation and to provide appropriate relief to Gregorio Martinez. The Equal Employment Opportunity Commission ("the Commission") alleges that Toys R Us, Inc. discriminated against Gregorio Martinez based on his national origin, Hispanic, when it promoted less qualified individuals into entry level management

about the harassment, the Commission alleges that, instead of remedying the situation, management retaliated against him. Plaintiff seeks monetary relief, including compensatory and punitive damages, and injunctive relief, on behalf of Mr. Martinez.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. sections 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706 (f)(1) of Title VII, 42 U.S.C. §2000e-5(f)(1).

4. At all relevant times, defendant Toys R Us, Inc. has been a corporation continuously doing business in the State of Washington, and has continuously had at least 15 employees.

5. At all relevant times, defendant Toys R Us, Inc. has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701

(b), (g) and (h) of Title VII, 42 U.S.C. §§2000e-(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Mr. Martinez filed a charge with the Commission alleging violations of Title VII by Toys R Us, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From at least June 4, 2004 until at least June 16, 2005, defendant engaged in unlawful employment practices at its Puyallup, Washington store, in violation of §§ 703(a) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a) and -3(a). Defendant engaged in these unlawful practices through the following actions: (1) subjecting Mr. Martinez to disparate treatment based on his national origin, Hispanic, by promoting less qualified individuals into entry level management positions and ultimately terminating his employment; (2) subjecting Mr. Martinez to harassment based on his national origin, Hispanic, in the form of repeated derogatory comments and slurs; (3) retaliating against Martinez when he complained about the harassment and disparate treatment, by failing to promote him and ultimately terminating his employment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Mr. Martinez of equal employment opportunities and otherwise adversely affect his status as an employee.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Mr. Martinez.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any retaliatory employment practices.

B.      Order defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order defendant to make whole Mr. Martinez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including past and future out-of-pocket expenses, in amounts to be determined at trial.

D.      Order defendant to make whole Mr. Martinez by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E.      Order defendant to pay Mr. Martinez punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

F.      Grant such further relief as the Court deems necessary and proper in the public interest.

G.      Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 26th day of June, 2007

FILED     ENTERED
LODGED     RECEIVED

JUN 2 6 2007     DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                          DEPUTY

| | |
|---|---|
| WILLIAM TAMAYO<br>Regional Attorney | RONALD COOPER<br>General Counsel |
| JOHN STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| LISA COX<br>Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |

BY: ____ /s/ William Tamayo
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260

Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104
Telephone (206) 220-6859

Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

Attorneys for Plaintiff